| | |
|---|---|
| **RICHARD J. VARONE,** )<br>)<br>    **Plaintiff,** )<br>)<br>**vs.** )<br>)<br>**NANCY A. BERRYHILL,** )<br>**Acting Commissioner of Social Security,** )<br>)<br>    **Defendant.** )<br>) | **ORDER** |

**THIS MATTER** is before the Court on Defendant Acting Commissioner of Social Security Nancy A. Berryhill's[1] Consent Motion to Remand to Social Security Administration (Doc. No. 13). Pursuant to sentence four of 42 U.S.C. section 405(g), this Motion is hereby GRANTED, Defendant's decision is REVERSED, and the cause is REMANDED to Defendant for further administrative proceedings.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request to remand this action for further proceedings and with Plaintiff's consent, this Court hereby:

(1) REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), with a REMAND of the cause to the Commissioner for further proceedings. See Melkonyan v. Sullivan, 501 U.S. 89 (1991).

---

[1] Nancy A. Berryhill is now the Acting Commissioner of the Social Security Administration. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill is substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit.

(2) The Clerk of Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

(3) The Motion to Remand (Doc. No. 13) is GRANTED;

(4) Plaintiff's Motion for Summary Judgment (Doc. No. 11) is DENIED as MOOT;

(5) The Clerk of Court is respectfully DIRECTED to substitute Acting Commissioner of Social Security Nancy A. Berryhill for Carolyn W. Colvin as the defendant in this suit.

As there remains no justiciable dispute pending between the parties, upon the Clerk's entry of judgment, the Court's jurisdiction over this case shall terminate except for purposes of consideration and determination of motions for attorney's fees, including any motion for such fees under the Equal Access to Justice Act ("EAJA").

IT IS SO ORDERED.

Signed: January 24, 2017

Frank D. Whitney
Chief United States District Judge