UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-CV-00582-FDW

| | |
|---|---|
| RICHARD VARONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| NANCY BERRYHILL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on the parties' Consent Motion for Attorney Fees Under EAJA (Doc. No. 16). The parties agree that the Commissioner of Social Security should pay to Plaintiff the sum of $4,220.00 for attorney fees in full and final settlement of all claims arising under the Equal Access to Justice Act ("EAJA"). 28 U.S.C. § 2412(d).

Accordingly, the Court GRANTS Plaintiff's Motion (Doc. No. 16) and ORDERS the Commissioner of Social Security to pay to Plaintiff the sum of $4,220.00, sent to Plaintiff's Counsel's office address, in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d). Upon the payment of such sum this case is dismissed with prejudice.

SO ORDERED.

Signed: February 10, 2017

Frank D. Whitney
Chief United States District Judge